1 Erin Laney (SBN 259863)
  elaney@piteduncan.com
2 Parada K. Ornelas (SBN 272724)
  pornelas@piteduncan.com
3 **PITE DUNCAN, LLP**
  4375 Jutland Drive, Suite 200
4 P.O. Box 17933
  San Diego, CA 92177-0933
5 Telephone: (858) 750-7600
  Facsimile:  (619) 590-1385
6
7 Attorneys for Movant
  U.S. Bank National Association, as Trustee,
  successor in interest to Bank of America, National
8 Association as Trustee as successor by merger to
  Lasalle Bank, National Association as Trustee for
9 WaMu Mortgage Pass-Through Certificates Series
  2007-OA6 Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>SYLVESTER SARDAY KAAR AND LINDA SUAH KAAR,<br><br>Debtors. | Case No. 09-41533<br><br>Chapter 13<br><br>R.S. No.     ELL - 1146<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**PROPERTY**:<br>814 Stephenson Ridge<br>Stone Mountain, GA 30087<br><br>**Hearing**:<br>Date:     June 5, 2013<br>Time:    1:30 p.m.<br>Ctrm:     201 |

U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to Lasalle Bank, National Association as Trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA6 Trust ("Movant")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating

the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 814 Stephenson Ridge, Stone Mountain, Georgia 30087 ("Property").

This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

PITE DUNCAN, LLP

Dated: May 21, 2013

/s/
ERIN LANEY
Attorneys for Movant U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to Lasalle Bank, National Association as Trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA6 Trust