Barbara A. Smart, Esq. SBN 147719
Matthew G. Grech, Esq. SBN 252848
Smart Legal Services
22693 Hesperian Blvd., Suite 210
Hayward, CA 94541
Telephone: (510) 670-0101
Fax: (510) 783-1645

Attorneys for Debtors

The following constitutes
the order of the court. Signed November 18, 2013

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**SYLVESTER SARDAY KAAR**

**LINDA SUAH KAAR**,

Debtor(s).

Case No.: 09-41533
Chapter 13

**ORDER APPROVING EX PARTE APPLICATION FOR APPROVAL OF DEBTOR'S MODIFICATION PROCESS WITH WELLS FARGO HOME MORTGAGE a division of WELLS FARGO BANK, N.A.**

Upon consideration of Debtors SYLVESTER SARDAY KAAR and LINDA SUAH KAAR's ("Debtors") Ex Parte Application for Approval of Debtor's Modification Process with WELLS FARGO HOME MORTGAGE a division of WELLS FARGO BANK, N.A. ("Wells"), filed with the court on November 15, 2013, along with the Declaration and Exhibit in support thereof and the documents and records on file herein, and good cause appearing:

IT IS ORDERED that the Ex Parte Application for Approval of Debtors' Modification Process with Wells is hereby GRANTED. Approval of the Modification does not constitute approval of the terms therein.

** END OF ORDER **

COURT SERVICE LIST

All Creditors and Parties in Interest

ORDER APPROVING EX PARTE APPLICATION FOR APPROVAL OF DEBTORS' MODIFICATION
PROCESS WITH WELLS FARGO HOME MORTGAGE a division of WELLS FARGO BANK, N.A.

Case: 09-41533    Doc# 151    Filed: 11/18/13    Entered: 11/18/13 11:43:28    Page 2 of 2